IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD C. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-827-JPG |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, CSC CREDIT SERVICES, INC. and GATEWAY METRO CREDIT UNION, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: May 22, 2009**

**JUSTINE FLANAGAN, ACTING CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
    **U. S. DISTRICT JUDGE**